IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREMILE SAINT THOMPSON,

No. CV-09-0547 MMC (PR)

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

CONTRA COSTA COUNTY SHERIFF'S
DEPARTMENT,

        Defendant.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.


Dated: May 29, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk